KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0434 WHA |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| ) | |
| v. ) | |
| ) | |
| JOSE TELLEZ-JACOBO, ) | (18 U.S.C. § 3161 (h)(8)(A)) |
| ) | |
| Defendant. ) | |
| ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter June 19, 2006 for defendant's arraignment on the indictment before the Honorable Maria-Elena James. On June 19, 2006, the matter was continued to June 27, 2006 for initial appearance in front of the Honorable William H. Alsup.

    2. On June 27, 2006, the parties appeared in front of the Honorable William H. Alsup and the matter was continued to July 5, 2006 for status / trial setting.

    3. On June 27, 2006, Assistant Federal Public Defender Ronald Tyler, who represents the defendant, requested an exclusion of time from June 27, 2006 to July 5, 2006, based on effective

1  preparation of counsel.  The parties moved that this same time period be excluded from the
2  calculation of time under the Speedy Trial Act.
3       4. In light of the foregoing facts, the failure to grant the requested exclusion would
4  unreasonably deny counsel for the defense the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
6  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.
7  These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §
8  3161(h)(8)(A).
9       5. For the reasons stated, the time period from June 27, 2006 through July 5, 2006 shall
10 be excluded from the calculation of time under the Speedy Trial Act.

          IT IS SO STIPULATED.

DATED: June 27, 2006                    Respectfully Submitted,


                                        _____/S/_____
                                        NAHLA RAJAN
                                        Special Assistant United States Attorney


DATED: July 5, 2006                     _____/S/_____
                                        RONALD TYLER
                                        Counsel for Jose Tellez-Jacobo


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __July 17, 2006____             _____
                                        HONORABLE
                                        United S



STIPULATION AND ~~PROPOSED~~ ORDER          2
CR 06-0434 WHA